PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00085-006-LJO-SKO |
|---|---|
| Plaintiff, | APPLICATION FOR ORDER FOR DISCOVERY; ORDER THEREON |
| v. | |
| JESUS FELIX, | |
| Defendant. | |

## **APPLICATION**

On May 1, 2017, the U.S. Probation Department filed a 12C petition alleging defendant Felix was in violation the terms of his supervised release that were imposed at his sentencing hearing on May 2, 2016. A warrant was issued and defendant Felix made his initial appearance in Federal Court before the Hon. Erica P. Grosjean on May 15, 2017. Defendant Felix denied the allegations in the petition. The matter was set for a status conference on June 12, 2017. The government requested discovery and was advised by defendant Felix's supervising probation officer that a court order was needed for the police reports and other information that form the basis of the allegations in the 12C petition to be provided to counsel.

Accordingly, the United States asks that the Court order that the U.S. Probation Department be allowed to release to the government the supporting reports and other documentation regarding the

///

REQUEST TO UNSEAL SEARCH WARRANTS

allegations in the 12C petition for discovery purposes.

Dated: May 16, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant United States Attorney

REQUEST TO UNSEAL SEARCH WARRANTS

1 PHILLIP A. TALBERT
United States Attorney
2 LAUREL J. MONTOYA
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6 Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JESUS FELIX,<br><br>    Defendant | CASE NO. 1:13-CR-00085-006-LJO-SKO<br><br>ORDER |

  Upon application of the United States of America and good cause having been shown,

  IT IS HEREBY ORDERED that the U.S. Probation Department can release to the government information in its files for discovery purposes in the above-captioned matter.

IT IS SO ORDERED.

  Dated: **May 17, 2017**        /s/ *Erica P. Grosjean*
                      UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS