Gary Huss SBN 57370
Law Office of Gary Huss
5490 E. Liberty Ave.
Fresno, CA. 93727
(559) 832-9010
email:

Attorney for Defendant, JESUS FELIX

FILED
AUG 09 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs<br><br>JESUS FELIX<br><br>　　　　Defendant | Case No.: 1:13 CR 00085-06 LJO<br><br>ORDER FOR TRANSPORT TO DELANCY STREET FOUNDATION<br><br>HONORABLE LAWRENCE O'NEILL |

**IT IS HEREBY ORDERED** that defendant, JESUS FELIX, shall be released to Evie Machado, MS from Kern County or Fresno County Jail on August 11, 2017 at 8 a.m. Evie Machado will then transport Jesus Felix to the Delancy Street Foundation program located in Los Angeles for an intake interview. If immediately accepted, Mr. Felix will stay at Delancy Street and abide by all rules of the program. If not immediately accepted, Ms. Evie Machado will return Mr. Felix to the Kern County or Fresno County Jail where he was transported from no later

1

than 9 p.m. on August 11, 2017.

Dated: August 9, 2017

_____
The Honorable Lawrence J. O'Neill
United States District Court Judge