IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JESUS FELIX<br><br>　　　　　　　Defendant. | Case No.:  1:13-CR-00085-006 LJO<br><br>ORDER FOR TRANSPORT TO DELANCEY STREET FOUNDATION<br><br>HONORABLE LAWRENCE J. O'NEILL |

**IT IS HEREBY ORDERED** that defendant, JESUS FELIX, shall be released to Evie Machado, MS from Fresno County Jail on Saturday, August 19, 2017 at 7:00a.m. Evie Machado will then transport Jesus Felix to the Delancey Street Foundation program located in Los Angeles, California for an intake interview.  If immediately accept, Jesus Felix will stay at Delancey Street and abide by all rules of the program. If not immediately accepted, Ms. Evie Machado will return Jesus Felix to the Fresno County Jail where he was transported no later than 9:00pm on August 19, 2017.

IT IS SO ORDERED.

　　Dated:  __**August 14, 2017**__　　　　__/s/ Lawrence J. O'Neill_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE